Richard Sturdevant (State Bar No. 269088)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St. Ste G
Irvine, CA 92614
Office Phone: 714-442-3335
Facsimile: 714-361-5380
rich@lawcenter.com

Attorney for Debtors
Judith Layugan

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JUDITH LAYUGAN<br><br>       Debtors. | Case No.: 15-21707<br><br>DC No. RS-1<br><br>Chapter 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF APPLICATION FOR ORDER CONFIRMING THAT SHORT SALE DISCUSSION WILL NOT VIOLATE STAY**<br><br>**Hearing Date:**<br>Date:  July 21, 2015<br>Time:  3:00 P.M.<br>Place:  501 I Street<br>          Sacramento, CA<br>Floor:  6th<br>Ctrm:  33 |

    I, <u>JUDITH LAYUGAN,</u> Debtor in the above instant action do hereby declare as follows:

1. I am over eighteen (18) years of age and citizens of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge. If called upon as a witness, I could and would competently testify thereto.

2. I am the Debtor in the above-captioned bankruptcy case. On March 3, 2015, I filed for

---

**DECLARATION OF DEBTORS IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT SHORT SALE DISCUSSION WILL NOT VIOLATE STAY**

-1-

protection under Chapter 13 of Title 11 of the United States Bankruptcy Code.

3. I am the owner of the real property commonly known as 8864 La Riviera Dr. #D, Sacramento, CA 95826 (the "Property"), and more particularly described in the legal description as **Lot 34, as Shown on the Map Entitled, Glenbrook East Garden Homes, Unit No. 1", Recorded in Book 85 of Maps, Page 8 in the Official Records of Sacramento County, California.**

4. I would like to enter into discussions with my mortgage creditors to effectuate a short sale of the property.

5. The Property is encumbered by the following:

   a. First Deed of Trust held by Bank of America, N.A., as successor assignment of deed of trust by Countrywide Bank, a Division of Treasury Bank, N.A.   The original deed of trust with Countrywide Bank, N.A. was recorded on July 29, 2005 as Book# 20050729 Page# 2961 with an approximate balance of $216,000.00. The Assignment of Deed of Trust to Bank of America, N.A. was recorded on May 24, 2012, as Book# 20120524 Page# 1158. A true and correct copy of the First Deed of Trust and Assignment is attached hereto as **Exhibit "A"**.

   b. Second Deed of Trust held by Bank of America, N.A. as successor assignment of deed of trust assigned to The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee on Behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-H (hereinafter "Bank of New York Mellon"). The original deed of trust with Recontrust Company, N.A. was recorded on July 29, 2005 as Book# 20050729 Page# 2962 with an approximate balance of $27,000.00. The Assignment of Deed of Trust to Bank of New York Mellon was recorded on February 27, 2014, as Book# 20140227 Page# 0165. Debtor is unable to produce a copy of the assignment of the deed of trust to Bank of America. Bank of America has not yet filed a proof of claim regarding the second deed of trust, but in its objection to the plan Bank of America held itself out as the assignee of the second deed of trust. See

Docket # 23. A true and correct copy of the Second Deed of Trust and Assignment is attached hereto as **Exhibit "B"**.

I declare under penalty of perjury under the laws of the United States of America that we have read the foregoing statement and it is true and correct to the best of our personal knowledge and belief.

Executed this 25th day of June 2015 at Sacramento, California.

_____
JUDITH LAYUGAN

---

**DECLARATION OF DEBTORS IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT SHORT SALE DISCUSSION WILL NOT VIOLATE STAY**

-3-