Richard Sturdevant (State Bar No. 269088)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St. Ste G
Irvine, CA 92614
Office Phone: 714-442-3335
Facsimile: 714-361-5380
rich@lawcenter.com

Attorneys for Debtor

Judith Layugan

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In Re: | Case No.: 15-21707 |
| JUDITH LAYUGAN, | CHAPTER 13 |
| Debtor(s). | DC No: RS-2 |
| | **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 4448 H STREET, SACRAMENTO, CA 95819 AND FOR AN ORDER AVOIDING THE LIEN OF BOSCO CREDIT, LLC** |
| | **Hearing:** |
| | Date:  August 11, 2015 |
| | Time:  3:00 P.M. |
| | Place:  501 I Street |
| |           Sacramento, CA |
| | Floor:  6th |
| | Ctrm:  33 |

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 4448 H STREET, SACRAMENTO, CA 95819 AND FOR AN ORDER AVOIDING THE LIEN OF BOSCO CREDIT, LLC

-1-

1   I, __JUDITH LAYUGAN__, Debtor in the above instant action do hereby declare as follows:

2   1.   I am over eighteen (18) years of age and a citizen of the United States of
3   America. I make this Declaration based upon the following facts, all of which are within my
4   personal knowledge or belief. As to all matters alleged on information and belief, I believe them
5   to be true. If called upon as a witness, I could and would competently testify thereto.

6   2.   I am the Debtor in the above-captioned bankruptcy case. On March 3, 2015, I
7   filed for protection under Chapter 13 of Title 11 of the United States Bankruptcy Code.

8   3.   I am the owner of the real property located at 4448 H Street, Sacramento, CA
9   95819 (the "Property") and more particularly described in the legal description attached hereto as
10  **Exhibit "E"** and incorporated herein by this reference.

11  4.   The Property is encumbered by two (2) liens in the following lien priority:

12  a.   First Deed of Trust originally held by First Line Mortgage, Inc. and recorded
13  in Sacramento County on June 29, 2006, as Book# 20060629 Page# 1966, with an
14  approximate balance of $448,000. The First Deed of Trust was subsequently
15  assigned to IndyMac Federal Bank FSB and recorded in Sacramento County on
16  March 20, 2009, as Book# 20090320 Page# 0109. The First Deed of Trust was
17  subsequently assigned to Ocwen Loan Servicing, LLC and recorded in Sacramento
18  County on August 5, 2014, Book# 20140805 Page# 0452. The First Deed of Trust
19  was subsequently assigned to U.S. Bank National Association, as Trustee for
20  Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-18N at C/O
21  Ocwen Loan Servicing, LLC and recorded in Sacramento County on May 7, 2015,
22  Book# 20150507 Page# 0744.

23  b.   Second Deed of Trust originally held by Cal State 9 Credit Union and recorded
24  on November 14, 2006, as Book# 20061114 Page# 2180 with an approximate
25  balance of $53,000. The Second Deed of Trust was subsequently assigned to Bosco
26  Credit LLC and recorded in Sacramento County on July 14, 2008, as Book#
27  20080714 Page# 1771.

28

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 4448 H STREET, SACRAMENTO, CA 95819 AND FOR AN ORDER AVOIDING THE LIEN OF BOSCO CREDIT, LLC

-2-

True and correct copies of the First Deed of Trust with chain of Assignments and the Second Deed of Trust with chain of Assignments are attached hereto as **Exhibits "B" and "C"** respectively and incorporated herein by this reference.

5. I am informed and believe the balance of the Note secured by the First Deed of Trust to be $492,388.48. I base this belief on the Proof of Claim filed by U.S. Bank National Association, as Trustee c/o Ocwen Loan Servicing, LLC.. A true and correct copy of the proof of claim is attached hereto as **Exhibit "D"** and incorporated herein by this reference.

6. I am informed and believe the balance of the Note secured by the Second Deed of Trust to be $53,000, based on the second deed of trust referenced above.

7. Based upon my personal knowledge of the neighborhood and local area as well as recent, comparable sales in the general vicinity, and by reviewing the appraisal report of appraiser Jermone Thrower, I believe the fair market value of my property is $450,000. A true and correct copy of the appraisal is attached to the Declaration of Appraiser Jermone Thrower and incorporated herein by this reference.

8. The balance of the Note secured by the First Deed of Trust is $481,756.40 and the value of the fair market value of the property is $450,000. It is my personal belief that there is no equity to benefit the Subordinate Deed of Trust held by Bosco Credit LLC.

I declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and it is true and correct to the best of my personal knowledge and belief.

Executed this 6th day of July 2015 at Sacramento, California.

_____
JUDITH LAYUGAN

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 4448 H STREET, SACRAMENTO, CA 95819 AND FOR AN ORDER AVOIDING THE LIEN OF BOSCO CREDIT, LLC

-3-